

**ORDERED in the Southern District of Florida on August 25, 2020.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| In re | ) | CASE NO. 19-25286-RAM |
| | ) | CHAPTER 11 |
| CHILDREN FIRST CONSULTANTS, INC., | ) | |
| Debtor. | ) | |
| | ) | |
| CHILDREN FIRST CONSULTANTS, INC., | ) | |
| Plaintiff, | ) | |
| vs. | ) | ADV. NO. 20-01232-RAM-A |
| FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION, | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO DISMISS**

The Court conducted a hearing on August 24, 2020, on the Defendant's Motion to Dismiss Adversary Complaint (the "Motion to Dismiss") [DE #7].  At the hearing, the Plaintiff acknowledged that the Court lacks subject matter jurisdiction over Counts 2 and 3 of the Complaint [DE #1] and, therefore, consented to dismissal of those counts.  Having reviewed the record in this case, including the Motion to Dismiss, the Response [DE #10] and the Reply [DE #14], and having considered the arguments of counsel at the August 24th hearing, and for the reasons stated on the record at the hearing, which are incorporated here by reference, the Court finds that all of the Plaintiff's claims essentially seek relief for damages occasioned by the Defendant's alleged breach of a Medicaid provider agreement. Based upon this finding, there is cause to dismiss this adversary proceeding in its entirety and without prejudice to the Plaintiff asserting its claims against the Defendant in the state court.  Therefore, it is –

**ORDERED** that the Motion to Dismiss is granted without prejudice to the Plaintiff prosecuting its claims against the Defendant in the state court.

###

COPIES FURNISHED TO:
Christopher David, Esq.
Andrew Sheeran, Esq.